UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

NBT ASSOCIATES, INC.,

      Plaintiff,

v.                                          Case No. 10-14108

ALLEGIANCE INSURANCE AGENCY CCI, INC., an Arizona Corporation, SARMAD AMANOAIL, EIVAN SHAHARA, FADI KENAYA, ALLEGIANCE INSURANCE AGENCY CCI, INC., a Michigan Corporation, ALLEGIANCE INSURANCE AGENCY CCII, INC., a Michigan Corporation, POWER GROUP INVESTORS INCORPORATED, FAROUK KENAYA, and DISCOUNT INSURANCE, LLC,

      Defendants,

and

FADI KENAYA, ALLEGIANCE INSURANCE AGENCY CCII, INC., an Arizona Corporation, SARMAD AMANOAIL, ALLEGIANCE INSURANCE AGENCY CCI, INC., a Michigan Corporation, and EIVAN SHAHARA,

      Third-Party Plaintiffs,

v.

MANAR ABBO,

      Third-Party Defendant,

and

ALLEGIANCE INSURANCE AGENCY CCII,
INC., a Michigan Corporation, POWER GROUP
INVESTORS INCORPORATED, ALLEGIANCE
INSURANCE AGENCY CCI, INC., an Arizona
Corporation, FADI KENAYA, ALLEGIANCE
INSURANCE AGENCY CCII, INC., an Arizona
Corporation, SARMAD AMANOAIL,
ALLEGIANCE INSURANCE AGENCY CCI,
INC., a Michigan Corporation, and EIVAN
SHAHARA,

        Counter-Claimants,

v.

NBT ASSOCIATES, INC.,

        Counter-Defendant.
                                                    /

## ORDER DENYING ATTORNEY FEES

On April 15, 2011, the court granted Defendants' motion for leave to amend the answer to add a counterclaim and to file a third-party complaint. (*See* 4/18/11 Order.) In response to that motion, Plaintiff had asked the court in its brief and at the hearing to require Defendants to pay Plaintiff approximately $5,225 in attorney fees as a condition of granting that motion, relying on *Ruschel v. Nestlé Holdings, Inc.*, 89 F. App'x 518 (6th Cir. 2004). Defendants' counsel requested the court grant their motion irrespective of the resolution of the fees issue. After determining justice required giving leave to amend, *see* Fed. R. Civ. P. 14(a)(1), 15(a)(2), the court granted the motion and took the fees issue under advisement.

Having reviewed the record, the court is unpersuaded that fees must be awarded to offset any prejudice to Plaintiff at this time. Accordingly,

IT IS ORDERED that Plaintiff's request for conditioning any amendment to Defendants' pleadings on the payment of attorney fees is DENIED.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 2, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 2, 2011, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522