UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NBT ASSOCIATES, INC.,

    Plaintiff,

v.                                            Case No. 2:10-cv-14108

ALLEGIANCE INSURANCE AGENCY
CCI, INC.,

    Defendants,

and

ALLEGIANCE INSURANCE AGENCY
CCII, INC., a Michigan Corporation, et al.,

    Counter-Plaintiffs/Third-Party
    Plaintiffs,

v.

NBT ASSOCIATES, INC.,

    Counter-Defendant,

MANAR ABBO,

    Third-Party Defendant.
    _____/

**ORDER IDENTIFYING STATEMENT OF MATERIAL FACTS
IN THIRD-PARTY DEFENDANT AND COUNTER-DEFENDANT'S
"MOTION FOR SUMMARY JUDGMENT"**

On October 11, 2011, the court held a telephone conference in this matter.

Third-Party and Counter- Plaintiffs requested that Third-Party Defendant and Counter-

Defendant identify which portion of their pending motion for summary judgment was

intended as the "Statement of Material Facts" to which the court's June 13, 2011 scheduling order directs a response. (*See* 6/13/2011 Order 7-8.) Counsel for the Third-Party Defendant and Counter-Defendant clarified that the section headed "III. Statement of Facts," spanning pages two through six of their brief in support of summary judgment, should be considered the "Statement of Material Facts." Accordingly,

IT IS ORDERED that section III, titled "Statement of Facts" and beginning on page two of the brief in support of summary judgment, is the "Statement of Material Facts" in Third-Party Defendant and Counter-Defendant's "Motion for Summary Judgment" [Dkt. # 61].

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: October 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2011, by electronic and/or ordinary mail.

                                      s/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522