UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NBT ASSOCIATES, INC.,

    Plaintiff,

v.                                             Case No. 2:10-cv-14108

ALLEGIANCE INSURANCE AGENCY
CCI, INC., an Arizona Corporation, et al.,

    Defendants,

and

ALLEGIANCE INSURANCE AGENCY
CCI, INC., a Michigan Corporation, et al.,

    Counter-Plaintiffs/
    Third-Party Plaintiffs,

v.

NBT ASSOCIATES, INC.,

    Counter-Defendant,

MANAR ABBO,

    Third-Party Defendant.
                                        /

**ORDER GRANTING IN PART "MOTION TO
AMEND/CORRECT SCHEDULING ORDER"**

On December 5, 2011, Plaintiff filed the instant motion to modify the scheduling order in place for this matter, requesting that the court extend the December 12, 2011 deadline for the filing of dispositive motions. In its motion, Plaintiff alleges that any potential motion for summary judgment on some or all of the claims contained in the

complaint will be impacted by the court's decision on its previously filed motion for summary judgment on the counterclaim and third-party complaint, which at that time had still been pending before the court.  On December 9, 2011, the court entered an opinion and order granting Plaintiff's motion for summary judgment, and Plaintiff asks in the instant motion that it be allowed thirty days from that date to file additional dispositive motions.  Because the court agrees that the order granting summary judgment on the counterclaim may affect Plaintiff's pursuit of summary judgment on the complaint, it finds good cause to extend the dispositive motion deadline beyond December 12, 2011.  *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.").  However, the court will extend that deadline only until December 30, 2011.  Accordingly,

IT IS ORDERED that the "Motion to Amend/Correct Scheduling Order" [Dkt. # 68] is GRANTED IN PART.  The deadline for filing dispositive motions in this matter is EXTENDED to **December 30, 2011**.

     s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 9, 2011, by electronic and/or ordinary mail.

     s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-14108.NBTASSOCS.GrantMotModifySchedOrder.set.2.wpd