UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NBT ASSOCIATES, INC.,

    Plaintiff,

v.                                          Case No. 2:10-cv-14108

ALLEGIANCE INSURANCE AGENCY
CCI, INC., an Arizona Corporation, et al.,

    Defendants,

and

ALLEGIANCE INSURANCE AGENCY
CCI, INC., a Michigan Corporation, et al.,

    Counter-Plaintiffs/
    Third-Party Plaintiffs,

v.

NBT ASSOCIATES, INC.,

    Counter-Defendant,

MANAR ABBO,

    Third-Party Defendant.
_____/

**ORDER EXTENDING DISPOSITIVE MOTION DEADLINE**

On December 9, 2011, the court entered an order extending the deadline for filing dispositive motions in this matter to December 30, 2011. The court held a telephone conference with counsel for both parties on December 12, 2011, during which Plaintiff's attorney requested a further extension of the dispositive motion deadline until

January 20, 2011.  As Defendants' counsel did not object, the court granted Plaintiff the additional extension.  Accordingly,

IT IS ORDERED that the deadline for filing dispositive motions in this matter is EXTENDED to **January 20, 2012**.

      s/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated:  December 15, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2011, by electronic and/or ordinary mail.

      s/Lisa Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522