UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NBT ASSOCIATES, INC.,

    Plaintiff,

v.                                          Case No. 10-14108

ALLEGIANCE INSURANCE
AGENCY CCI, INC., et al.,

    Defendants.
                                          /

## ORDER ABATING DEADLINES

IT IS ORDERED that the remaining deadlines in this action are ABATED pending the settlement conference before Magistrate Judge Majzoub and a further order from this court. Following the settlement conference, the parties shall promptly submit a request for either dismissal or a status conference.

IT IS FURTHER ORDERED that Plaintiff's motion to modify the scheduling order [Dkt. # 81] is TERMINATED as moot.

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: December 19, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 19, 2012, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522